1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SYNOLOGY AMERICA CORP.,<br><br>　　　　　　　　Defendant. | CASE NO. 21-0338JLR<br><br>ORDER GRANTING STIPULATED MOTION |
|---|---|

Before the court is the parties' stipulated motion to extend the deadline for Defendant Synology America Corporation ("Synology") to "answer, move or otherwise respond to the [c]omplaint in this action" to May 10, 2021.  (Mot. (Dkt. # 10).)  The parties state this additional time is to allow Synology to investigate the allegations in

//

//

//

ORDER - 1

1  the complaint. (*Id.*) The parties' stipulated motion (Dkt. # 10) is GRANTED. Synology

2  shall respond to the complaint on or before May 10, 2021.

3        Dated this 9th day of April, 2021.

 

                                              JAMES L. ROBART
                                              United States District Judge