Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC<br><br>        Plaintiff,<br><br>  vs.<br><br>SYNOLOGY AMERICA CORP.,<br><br>        Defendant. | Civil Action No.: 2:21-cv-00338-JLR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**Noting Date: July 8, 2021** |

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" or "RBDS") files this Notice of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Synology America Corp., with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

DATED: July 8, 2021.                           Respectfully submitted.

/s/**Brian Christopher Holloway**
HOLLOWAY INTELLECTUAL PROPERTY, PLLC
Washington State Bar: 57100
 5544 25th Avenue NE
Seattle, Washington, 98501
(206) 453-8357
brian@hollowayip.org
OF COUNSEL

JAY JOHNSON
*(Pro Hac Vice Application Pending)*
State Bar No. 24067322

Case No.: 2:21-cv-00338-JLR

KIZZIA JOHNSON, PLLC
1910 Pacific Avenue, Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
Jay@kpcllc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on July 8, 2021.

/s/ **Brian Christopher Holloway**